# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                                 Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                                 Fax: 718-740-2000
*Employment and Labor Lawyer*                                                         Web: www.abdulhassan.com

**February 18, 2022**

**Via ECF**

Hon. Anne Y. Shields, USMJ
United States District Court, EDNY
100 Federal Plaza,
Central Islip, NY 11722

<div align="center">

**Re: Kerr v. Blade Contracting Inc.**
**Case #: 21-CV-02520 (JS)(AYS)**
**Proposed Discovery Plan, etc.**

</div>

Dear Magistrate-Judge Shields:

     My firm represents plaintiff in the above-referenced action, and I respectfully write as per Your Honor's February 4, 2022 order to provide the Court with the attached proposed discovery plan. I provided defense counsel with a copy of these documents today but have not heard back from him by the deadline for filing. As such, we are submitting these on behalf of Plaintiff only.

     We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense Counsel via ECF**