# DISCOVERY PLAN WORKSHEET
**Tier I Pre-Settlement Discovery**

| | |
|---|---|
| Deadline for completion of Rule 26(a) initial disclosures and HIPAA-complaint records authorizations: | 2/28/2022 |
| Completion date for Phase I Discovery as agreed upon by the parties: *(Reciprocal and agreed upon document production, generally not including depositions, unless otherwise agreed. No more than 30 days after Initial Conference)* | March 21, 2022 |
| Status conference TBD by the court: (*Generally 15 days post Tier I Discovery*) | _____ |

**Tier II Discovery and Motion Practice**

| | |
|---|---|
| Motion to join new parties or amend the pleadings: *(Presumptively 15 days post status conference)* | April 20, 2022 |
| First requests for production of documents and for interrogatories due by: *(Presumptively 15 days post joining/amending )* | May 5, 2022 |
| All fact discovery completed by: *(Presumptively 3.5 months post first requests for documents/interrogatories )* | August 19, 2022 |
| Exchange of expert reports completed by: *(Presumptively 30 days post fact discovery)* | September 19, 2022 |
| Expert depositions completed by: *(Presumptively 30 days post expert reports)* | October 19, 2022 |
| Final date to take first step in dispositive motion practice: *(Parties are directed to consult the District Judge's individual rules regarding such motion practice. Presumptively 30 days post expert depositions)* | November 21, 2022 |
| Submission of joint pre-trial order: | December 21, 2022 |
| Final Pre-Trial Conference TBD by the court: | |